UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CATHERINE SEVERS,

    Plaintiff,

    v.

HYP3R INC.,

    Defendant.

Case No. 22-cv-04413-RS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff's complaint in this action seeks recognition of a foreign final judgment pursuant to the Uniform Foreign Country Money Judgments Recognition Act, Cal. Code Civ. Proc. §1713, *et seq.*, and/or principles of international comity. When defendant failed to respond to the complaint, its default was entered, and plaintiff moved for entry of judgment. The magistrate judge to whom the matter was initially assigned has issued a Report and Recommendation that judgment be entered in plaintiff's favor.[1] The deadline for any responses to the Report and Recommendation has expired, and none has been filed.

For the reasons explained in detail in the Report and Recommendation, plaintiff has made an adequate showing that she is entitled to a judgment in this forum recognizing the judgment entered by the Supreme Court of British Columbia. No later than September 1, 2023, plaintiff shall submit a proposed judgment conforming to the Report and Recommendation, with interest

---

[1] The Report and Recommendation notes plaintiff was not pursuing the non-statutory claim.

calculated through September 5, 2023. Plaintiff's entitlement to interest following judgment in this forum shall not be set out in the proposed judgment, but shall be governed by 28 U.S.C. § 1961(a).

**IT IS SO ORDERED**.

Dated: August 31, 2023

_____
RICHARD SEEBORG
Chief United States District Judge

CASE NO. 22-cv-04413-RS