UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CATHERINE SEVERS,

    Plaintiff,

  v.

HYP3R INC.,

    Defendant.

Case No. 22-cv-04413-RS

**ORDER DENYING MOTION TO RELATE CASES**

        Carlos Garcia, a defendant in *Severs v. Garcia, et al.*, 3:24-CV-01456-EMC, moves to have that case related to this one. The parties' respective briefs with cross-accusations of improper motives and gamesmanship reflect a fundamental misunderstanding of the purpose of Civil Local Rule 3-12. The rule serves judicial efficiency and is intended to benefit the parties in avoiding unnecessary expenses of duplicative judicial effort. It is a rare case that assignment to a particular judge will prove more beneficial to one side than the other, and it is virtually always unduly speculative to predict such a result. It is therefore fruitless for a party to attempt to use Rule 3-12 to obtain an assignment perceived to be advantageous, and unconvincing to accuse the other side of doing so.

        Also, because the rule relates to the whole court's case assignment and management procedures, it is not an issue of "jurisdiction" of a specific judge. As the rule states, the decision to relate or not to relate is committed to the judge with the first-filed case, even where the earlier case has been closed.

Here, Garcia erroneously filed his motion to relate in the later-filed case, apparently in the mistaken belief that doing so was necessary because this case was already closed. His subsequent "withdrawal" of that motion was not improper—the motion was of no effect in the later-filed case.

Plaintiff asserts she disclosed the connection between the two cases from the outset of the time she filed the second case, and she implies she cannot be held responsible for the fact that the court clerk assigned the second case to a different judge. Cases are assigned randomly when filed, but it was incumbent on plaintiff to file a notice under Rule 3-12 if she recognized the cases were potentially related within the meaning of the rule.

All that said, given differences in the parties, the issues, and the procedural posture of the cases, the interests served by Rule 3-12 do not support a finding of relatedness here, and no reassignment will occur.

**IT IS SO ORDERED**.

Dated: May 13, 2025

_____
RICHARD SEEBORG
Chief United States District Judge